Case 1:07-cv-11276-DC    Document 2    Filed 12/14/2007    Page 1 of 2

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiffs*



FILED
DEC 14 2007
USDC WP SDNY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF
AMERICA, and SOMPO JAPAN INSURANCE,
INC.

      *Plaintiffs,*
 - against -

YANG MING MARINE TRANSPORT
CORPORATION

      *Defendants.*
------------------------------------x

'07 CIV 11276

07 Civ.

**RULE 7.1 DISCLOSURE**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

  1. Sompo Japan Insurance, Inc.: None

  2. Sompo Japan Insurance Company of America: Sompo Japan Insurance, Inc.

Dated: Rye, New York
December 6, 2007

MALOOF & BROWNE & EAGAN LLC

By: _____
David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200
Fax: (914) 921-1023

*Attorneys for Plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.*

\\SERVER1\COMPANY\WP-DOCS\2503.81\120607 RULE 7.1.DOC