AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SOMPO JAPAN INSURANCE COMPANY
OF AMERICA and SOMPO JAPAN
INSURANCE, INC.

V.

YANG MING MARINE TRANSPORT
CORPORATION

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: '07 CIV 11276

TO: (Name and address of Defendant)

Yang Ming Marine Transport Corporation
525 Washington Blvd.
Floor 25
Jersey City, NJ 07310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Tel: (914) 921-1200

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(By) DEPUTY CLERK

DATE  DEC 1 4 2007

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580-1411
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SOMPO JAPAN INSURANCE COMPANY OF :
AMERICA, and SOMPO JAPAN INSURANCE,            07 Civ. 11276
INC.,                                          :

                *Plaintiffs,*        :   **AFFIDAVIT OF SERVICE**
   - against -
                                :

YANG MING MARINE TRANSPORT
CORPORATION,                                   :

                *Defendants.*        :
------------------------------------x

STATE OF NEW YORK         )
                          :ss.:
COUNTY OF WESTCHESTER     )

        Thomas M. Eagan, being duly sworn, deposes and says:

        1.     On December 17, 2007, I served the Summons, Complaint and Statement of Relatedness on defendant Yang Ming Marine Transport Corporation by emailing (agreed method of service) a true copy of each to their authorized agent for service:

                Charles L. Howard
                Keenan Cohen & Howard, P.C.
                One Pitcairn Place
                Suite 2400
                165 Township Line Road
                Jenkintown, PA 19046
                Email: choward@freightlaw.net

Dated: Rye, New York
      January 4, 2008

_____
Thomas M. Eagan

Sworn to before me this
4th day of January, 2008

_____
Notary Public

BENJAMIN J. MOLLET
Notary Public, State of New York
No. 01MO6172574
Qualified in Westchester County
Commission Expires April 13, 2011

F:\WP-DOCS\2503.81\010408 TME AOS.doc

2