Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Yang Ming Marine Transport Corporation
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY OF AMERICA,
and SOMPO JAPAN INSURANCE, INC.

       *Plaintiffs,*     **07 CIV. 11276 (DC)**

- against –

                 **LOCAL RULE 7.1
STATEMENT**
YANG MING MARINE TRANSPORT CORPORATION

       *Defendant.*
---------------------------------------------------------------------------

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Yang Ming Marine Transport Corporation, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Yang Ming Marine Transport Corporation or publicly held corporations that own 10% or more of Yang Ming Marine Transport Corporation's stock:

                **NONE**

Dated:   New York, New York
         January 11, 2008

         By: /s/ Barry Gutterman
          Barry N. Gutterman, Esq. (BG-6410)
          Robert Briere, Esq. (RB6080)
          Barry N. Gutterman & Associates, P.C.
          60 East 42nd Street, 46th Floor
          New York, New York 10161
          (212) 983-1466 (phone)
          (212) 983-1229 (fax)

           - And -

          Of Counsel:

          Charles L. Howard, Esq.
          Keenan Cohen & Howard PC
          One Commerce Square
          2005 Market Street, Suite 2520
          Philadelphia, PA 19103
          (215) 609-1105 (phone)
          (215) 609-1117 (fax)


          Attorneys for Defendant
          Yang Ming Marine Transport Corporation




TO:   Thomas M. Eagan, Esq. (TE1713)
      Maloof Browne & Eagan LLC
      411 Theodore Fremd Avenue, Suite 190
      Rye, New York 10580-1411
      (914) 921-1200 (phone)
      (914) 921-1023 (fax)

      Attorneys for Plaintiffs


NS.2716.7.1.Yang Ming