DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York  10580
(914) 921-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, and SOMPO JAPAN INSURANCE, INC., | : <br>   <br> : |
| *Plaintiffs,* <br> - against - <br>   <br> YANG MING MARINE TRANSPORT CORPORATION, | : <br>   <br> : <br>   <br> : |
| *Defendant.* | |

07 Civ. 11276 (DC)

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Plaintiffs submit this Statement of Undisputed Material Facts pursuant to Local Rule 56.1 in support of their Motion for Partial Summary Judgment that Defendant is liable without limitation.

**Kubota Tractor Shipment**

   1. On or about March 31, 2006, Yang Ming Marine Transport Corporation ("Yang Ming") issued the following Waybills for the carriage of Kubota New Agricultural Tractors shipped by Kubota Corporation from Tokyo aboard the M/V Cherokee Bridge to the Port of Long Beach, California, and from there to Jefferson, Georgia:

|   | Billing of Lading Number | Container Number |
|---|---|---|
| 1 | YMLUW251121404 | YMLU8294100 |

1

| | | |
|---|---|---|
| 2 | YMLUW261121400 | FSCU6904489 |
| 3 | YMLUW251121405 | CLHU8586100 |
| 4 | YMLUW251121387 | XINU8033402 |
| 5 | YMLUW251121388 | YMLU8217892 |
| 6 | YMLUW251121389 | YMLU8264472 |
| 7 | YMLUW251121386 | CRXU9841070 |
| 8 | YMLUW251121382 | YMLU8190019 |
| 9 | YMLUW251121402 | TGHU8035818 |
| 10 | YMLUW251121384 | YMLU8131839 |
| 11 | YMLUW251121380 | CRXU9505408 |
| 12 | YMLUW251121398 | INKU6363983 |
| 13 | YMLUW251121381 | BHCU4940820 |
| 14 | YMLUW251121383 | CRXU9829536 |
| 15 | YMLUW251121385 | TRLU8116442 |
| 16 | YMLUW251121378 | YMLU8223405 |

(Declaration of Todd A. Barton, Exh. 1).

**Unisia Shipment**

2. On or about March 31, 2006, Yang Ming issued Waybill YMLUW261105356 for the carriage of these 7570 cartons of automotive component parts in four containers (including containers YMLU4455172 and TEXU7204601) shipped by Hitachi, Ltd. from Tokyo aboard the M/V Cherokee Bridge to the port of Long Beach, California and from there to be carried and delivered to Georgia. (Barton Decl., Exh. 2).

**Hoshizaki Electric Shipment**

   3. On or about April 11, 2006, Yang Ming issued Waybill YMLUW251752204 for the carriage of 495 cartons of Icemakers and Sushi Cases in container YMLU4515760 from Kobe, Japan (place of receipt) aboard the M/V Cherokee Bridge to the port of Long Beach, California and from there to be delivered to Georgia. (Barton Decl., Exh. 3).

**Derailment**

   4. Following discharge of the Cargo in Long Beach, California, the Cargo was placed on the train cars for carriage inland. (Barton Decl., Exh. 8, ¶¶ 6, 12 & 17).

   5. On or about April 18, 2006 in Texas, a train operated by and/or controlled by Norfolk Southern Railway Company and/or The Kansas City Railway Company carrying the Cargo derailed. (Barton Decl., Exh. 7).

   6. The Cargo was damaged as a result of the derailment. (Barton Decl., Exhs. 7 & 8).

**Yang Ming Bill of Lading Terms**

   7. Clause 7(B)(2) of the Yang Ming bill of lading standard terms provides, in pertinent part:

> Notwithstanding the foregoing, in the event there is a private contract of Carriage between the Carrier and any Underlying Carrier, such Multimodal Transportation will [be] governed by the terms and conditions of said contract which shall be incorporated herein as if set forth at length and copies of such contract(s) shall be available to the Merchant at any office of the Carrier upon request.

(Barton Decl., Exh. 4, ¶ 7(2)(B)).

3

**Intermodal Transportation Agreement with Norfolk Southern Railway Company**

8. On August 12, 2004, Defendant Yang Ming and Norfolk Southern Railway Company entered into an "Intermodal Transportation Agreement," which was effective at the time of the train derailment in this case. (Barton Decl., Exh. 5).

9. Clause 12.B(1) of said "Intermodal Transportation Agreement" provides, in pertinent part:

> [Norfolk Southern] will be liable for and will hold [Yang Ming] harmless against loss of or damage to freight in containers transported at the rates and charges provided in this Agreement and Exhibit 1 **only to the extent that the sole proximate cause of said loss or damage is a railroad accident, derailment, or collision between railroad equipment negligently caused by [Norfolk Southern]**.

(Barton Decl., Exh. 5, ¶ 12.B(1)).

Dated: Rye, New York
       February 22, 2008

                                         MALOOF BROWNE & EAGAN LLC

                                         By: /s/ Thomas M. Eagan
                                             David T. Maloof (DM 3350)
                                             Thomas M. Eagan (TE 1713)
                                         411 Theodore Fremd Avenue, Suite 190
                                         Rye, NY 10580
                                         Tel: (914) 921-1200
                                         Fax: (914) 921-1023
                                         Email: dmaloof@maloofandbrowne.com
                                                teagan@maloofandbrowne.com
                                         *Attorneys for Plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.*

TO:   All Counsel