Charles L. Howard (admitted *pro hac vice*)
KEENAN COHEN & HOWARD P.C.
One Pitcairn Place
165 Township Line Rd.
Jenkintown, PA 19046
(215) 609-1110

*Attorneys for Defendant*
*Yang Ming Marine Transport Corporationi*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOMPO JAPAN INSURANCE COMPANY OF AMERICA, and SOMPO JAPAN INSURANCE, INC.<br><br>*Plaintiffs,*<br><br>- against -<br><br>YANG MING MARINE TRANSPORT CORPORATION<br><br>*Defendant.* | **NO.: 07 CIV. 11276**<br><br>JUDGE CHIN<br><br>**NOTICE OF DEFENDANT'S MOTION, PURSUANT TO FED. R. CIV. 12(b)(3) and (6), TO DISMISS COUNTS ONE, THREE, FOUR, FIVE, SEVEN, EIGHT, NINE, ELEVEN AND TWELVE OF PLAINTIFFS' COMPLAINT** |

**PLEASE TAKE NOTICE THAT**, pursuant to Fed. R. Civ. P. 12(b)(3) and (6), Defendant Yang Ming Marine Transport Corporation will move this Court for an Order dismissing Counts One, Three, Four, Five, Seven, Eight, Nine, Eleven and Twelve of Plaintiffs' Complaint for the reasons set forth in the accompanying Memorandum of Law.

                                  Respectfully submitted,

                                  **KEENAN COHEN & HOWARD P.C.**

           By:    /s/ Charles L. Howard
                       Charles L. Howard
                       One Pitcairn Place, Suite 2400
                       165 Township Line Road
                       Jenkintown, PA 19046
                       Telephone:   (215) 609-1110
                       Facsimile:    (215) 609-1117

                       Attorneys for Defendant
                       Yang Ming Marine Transport Corporation

Dated: February 25, 2008

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, hereby certify that on February 25, 2008, a true and correct copy of the foregoing Notice of Defendant's Motion, Pursuant to Fed. R. Civ. 12(b)(3) and (6), to Dismiss Counts One, Three, Four, Five, Seven, Eight, Nine, Eleven and Twelve of Plaintiffs' Complaint was filed electronically. Notice of this filing will be sent to the following party, listed below, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        David T. Maloff, Esquire
        Thomas M. Eagan, Esquire
        MALOFF BROWNE & EAGAN LLC
        411 Theodore Fremd Avenue, Suite 190
        Rye, New York 10580-1411

        *Attorneys for Plaintiffs*

        By:   /s/ Charles L. Howard
                 Charles L. Howard