DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF           :
AMERICA, and SOMPO JAPAN INSURANCE,              07 Civ. 11276 (DC)
INC.,                                      :

           *Plaintiffs*,           :      **NOTICE OF**
- against -                                        **WITHDRAWAL OF MOTION**
                                           :

YANG MING MARINE TRANSPORT
CORPORATION,                               :

           *Defendant.*           :

                                           :
------------------------------------x

      Plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc. hereby withdraw their motion for partial summary judgment against Defendant Yang Ming Marine Transport Corporation filed on February 25, 2008 (Docket #10)(without prejudice).

Dated: Rye, NY                             MALOOF BROWNE & EAGAN LLC
      March 24, 2008
                                           By: _____
                                               David T. Maloof (DM 3350)
                                               Thomas M. Eagan (TE 1713)
                                           411 Theodore Fremd Avenue, Suite 190
                                           Rye, NY 10580
                                           Tel: (914) 921-1200
                                           Fax: (914) 921-1023
                                           Email: dmaloof@maloofandbrowne.com
                                                  teagan@maloofandbrowne.com
                                           *Attorneys for Plaintiffs*

TO:   All Counsel