# MEMO ENDORSED

Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Yang Ming Marine Transport Corporation
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY OF AMERICA,
and SOMPO JAPAN INSURANCE, INC.

                                 *Plaintiffs*,

  - against –

YANG MING MARINE TRANSPORT CORPORATION

                                                  *Defendant.*
---------------------------------------------------------------------------

07 CIV. 11276

(Judge Chin)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Barry N. Gutterman, attorney for Defendant Yang Ming Marine Transport Corporation ("Defendant") and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Paul D. Keenan, Esq. |
| Firm Name: | Keenan Cohen & Howard P.C. |
| Address: | One Pitcairn Place, Suite 2400 |
| City/State/Zip: | Jenkintown, PA 19046 |
| Phone Number: | (215) 609-1110 |
| Fax Number: | (212) 609-1117 |
| Email Address: | pkeenan@freightlaw.net |

Is admitted to practice pro hac vice counsel for the Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nyds.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April ____, 2008
      New York, New York

 

_____
United States District Judge

5/6/08