# MALOOF BROWNE & EAGAN LLC

**THOMAS M. EAGAN**
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

March 24, 2008

**Via Facsmile – 2 Pages**

Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl St., Room 1020
New York, NY 10007
Fax: 212-805-7906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/08

Re: *Sompo Japan Insurance, Inc. v. Yang Ming Marine Transportation*
Docket No: 07 Civ. 11276 (DC)
Our Ref: 2503.81

Dear Judge Chin:

We are attorneys for plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc.

In view of the Court's decision on Friday, March 20 in the related case *Sompo Japan Insurance v. Norfolk Southern Railway Company* (07 Civ. 2735), plaintiffs withdraw their motion for partial summary judgment in the instant case (without prejudice). A courtesy copy of the Notice of Withdrawal is attached.

We notified defendant's counsel on Friday of our likely intent to withdraw the motion, and confirmed it today.

We thank the Court for its consideration in this matter.

Respectfully submitted,

Thomas M. Eagan

TME/bm
Encl.

cc: **Via Facsimile**
Mr. Charles L. Howard, Esq.
Fax: (215) 609-1117

F:\WP-DOCS\2503.81\032408 TME ltr to Chin (YM).doc

*Handwritten:* Approved. Plaintiffs' motion for partial summary judgment is DENIED as withdrawn, without prejudice. SO ORDERED. [signature] 8/8/08

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TM 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
Tel: (914) 921-1200
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

SOMPO JAPAN INSURANCE COMPANY OF       :
AMERICA, and SOMPO JAPAN INSURANCE,         07 Civ. 11276 (DC)
INC.,                                  :

                *Plaintiffs,*    :    **NOTICE OF**
- against -                                 **WITHDRAWAL OF MOTION**
                                       :
YANG MING MARINE TRANSPORT
CORPORATION,                           :

                *Defendant.*    :

                              :
-----------------------------------x

Plaintiffs Sompo Japan Insurance Company of America and Sompo Japan Insurance, Inc. hereby withdraw their motion for partial summary judgment against Defendant Yang Ming Marine Transport Corporation filed on February 25, 2008 (Docket #10)(without prejudice).

Dated: Rye, NY                          MALOOF BROWNE & EAGAN LLC
       March 24, 2008
                                        By: _____
                                        David T. Maloof (DM 3350)
                                        Thomas M. Eagan (TE 1713)
                                        411 Theodore Fremd Avenue, Suite 190
                                        Rye, NY 10580
                                        Tel: (914) 921-1200
                                        Fax: (914) 921-1023
                                        Email: dmaloof@maloofandbrowne.com
                                               teagan@maloofandbrowne.com
                                        *Attorneys for Plaintiffs*

TO:   All Counsel